# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                        Plaintiff,<br>vs.<br><br>Maria Morales-Rodriguez<br><br>                                        Defendant. | Case No. 21-cr-02518-CAB<br><br>JUDGMENT OF DISMISSAL<br><br>**FILED**<br>APR 21 2022<br>CLERK, U.S. DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA<br>BY _____ DEPUTY |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☒ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐ the Court has dismissed the case for unnecessary delay; or

☐ the Court has granted the motion of the Government for dismissal, without prejudice; or

☐ the Court has granted the motion of the defendant for a judgment of acquittal; or

☐ a jury has been waived, and the Court has found the defendant not guilty; or

☐ the jury has returned its verdict, finding the defendant not guilty;

☒ of the offense(s) as charged in the Indictment/Information:

☒ Ct 1 - 21:952,960,963 - Conspiracy to Import Controlled Substances

☒ Ct 2 - 21:952,960 - Importation of Methamphetamine

☒ Ct 3 - 21:952,960 - Importation of Fentanyl

Dated: 4/21/22

Hon. Mitchell D. Dembin
United States Magistrate Judge